## WESTERN UNION TELEGRAPH COMPANY v. J. B. HILL.
### 8 Div. 539.

Supreme Court of Alabama.
Nov. 2, 1933.

Griffin & Ford, of Huntsville, for petitioner.

Cabaniss & Johnston, of Birmingham, and Cooper & Cooper, of Huntsville, opposed.

BOULDIN, Justice.

Petition of J. B. Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Western Union Tel. Co. v. Hill, 25 Ala. App. 540, 150 So. 709.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

150 So. 362

## Bervin EDGIL v. STATE.
### 6 Div. 410.

Supreme Court of Alabama.
Oct. 5, 1933.

Rehearing Denied Nov. 2, 1933.

R. A. Cooner, of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Petition of Bervin Edgil for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Edgil v. State, 25 Ala. App. 467, 150 So. 362.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.